453 A.2d 335

**COMMONWEALTH of Pennsylvania**

v.

**Ralph MASER, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1982.

Decided Dec. 29, 1982.

Patrick J. O'Connor, Southampton (court-appointed), for appellant.

Stephen B. Harris, First Asst. Dist. Atty., for appellee.

334

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Order affirmed.